**Order entered April 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01219-CR
No. 05-15-01221-CR
No. 05-15-01222-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**GORDON HEATH ELROD, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-40913-I, F15-40914-I, F15-40915-I,**

## ORDER

Before the Court is appellee's second motion for extension of time in which to file his brief. Appellee requests a 60-day extension until May 24, 2016. The case is currently set for submission on Tuesday, May 17, 2016. Consequently, the Court **GRANTS** appellee an extension until **Friday, May 13, 2016**. The case will be submitted without oral argument on Tuesday, May 17, 2016, at 1:00 p.m.

/s/    ELIZABETH LANG-MIERS
PRESIDING JUSTICE